FILED

AUG 2 6 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:13CR342 SPM |
| Plaintiff, | ) | |
| | ) No. | |
| vs. | ) | |
| | ) | |
| JEVONS C. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

### COUNT ONE - Mailing Injurious Articles

The United States Attorney charges that:

On or about February 9, 2012, in Saint Louis, in the Eastern District of Missouri,

**JEVONS C. BROWN**,

the defendant herein, did knowingly deposit for mailing and delivery something declared nonmailable by rules and regulations prescribed by the United States Postal Service pursuant to Title 18, United States Code, Section 1716, to wit: a package containing feces.

In violation of Title 18, United States Code, Section 1716(j)(1).

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Dianna Collins*
Dianna R. Collins, #59641
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Dianna R. Collins, an Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

DIANNA R. COLLINS, 59641

Subscribed and sworn to before me this 26 day of August 2013.

CLERK, U.S. DISTRICT COURT

By: _____
       DEPUTY CLERK